UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Richard Clemons,

    Plaintiff,

v.

Chris Gus Kanios,

    Defendant.
_____/

Case No. 17-12245

Sean F. Cox
United States District Court Judge

## ORDER ADOPTING 3/19/18 REPORT AND RECOMMENDATION

Plaintiff filed this *pro se* suit against Defendant, the purported Dean of Admissions at the John F. Kennedy University College of Law, alleging violations of the Fourteenth Amendment. It is apparently the fourth suit Plaintiff has filed against Defendant in various federal courts (Doc. # 10, p. 1 n. 1). The Court referred this case to Magistrate Judge Anthony P. Patti for a report and recommendation under 28 U.S.C. § 636(b)(1)(B) (Doc. # 5).

In December 2017, over four months after the referral, no summons had been issued and Plaintiff had not filed a proof of service with the Court. Thus, Magistrate Judge Patti ordered Plaintiff to show cause why the case should not be dismissed for failure to comply with Rule 4 of the Federal Rules of Civil Procedure (Doc. # 9). To date, Plaintiff has not responded.

On March 19, 2018, Magistrate Judge Patti issued a Report and Recommendation (Doc. # 10) wherein he recommends that the case be dismissed.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen days after being

1

served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections. The Court hereby ADOPTS the March 19, 2018 R&R.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                                  s/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: April 17, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 17, 2018, by electronic and/or ordinary mail.

                                                  s/Teresa McGovern
                                                  Case Manager Generalist